**95–846.** State v. Williams. *Trumbull County*, No. 89–T–4210. UPON CONSIDERATION of the motion filed by counsel for appellant/cross-appellee to stay the execution of sentence in the above-styled cause pending the timely filing of a petition for a writ of certiorari in the Supreme Court of the United States,

IT IS ORDERED that said motion be, and the same is hereby, granted.

IT IS FURTHER ORDERED that the compliance with the mandate and the execution of sentence be, and the same are hereby, stayed pending the timely filing of the petition in the Supreme Court of the United States.

IT IS FURTHER ORDERED that if such petition is timely filed, this stay shall continue for an indefinite period pending final disposition of this cause by the Supreme Court of the United States.

PFEIFER, J., would stay only to a date certain, one hundred eighty days after today.

COOK, J., would stay only to a date certain.

**95–1664.** Shidel v. Liberty Mut. Ins. Co. *Mahoning County*, No. 94 C.A. 114. On motion to participate in oral argument. Motion denied.

**96–614.** State v. Martin. *Hardin County*, No. 6–95–11. On review of order certifying a conflict. The court determines that a conflict exists; *sua sponte*, cause held for the decision in 95–1377 and 95–1466, *State v. Gustafson*, Mahoning County, No. 94 C.A. 232; briefing schedule stayed.

**96–787.** State ex rel. Quinn v. Davies. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of respondent's motion for protective order staying discovery until this court renders a decision on respondent's motion to dismiss,

IT IS ORDERED by the court that the motion for protective order be, and hereby is, granted.

PFEIFER, J., dissents.

**96–797.** State v. Gearing. *Cuyahoga County*, No. 62202. On motion for leave to file delayed appeal. Motion denied.

**96–806.** State v. Higgins. *Montgomery County*, No. 14335. On motion for leave to file delayed appeal. Motion denied.

**96–811.** State v. Eames. *Union County*, No. 14–93–3. On motion for leave to file delayed appeal. Motion denied.

**96–829.** State v. Smith. *Paulding County*, No. 11–95–7. On motion for leave to file delayed appeal. Motion denied.

RESNICK, PFEIFER and STRATTON, JJ., dissent.